**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **RICHARD N. TAWE, 1596960,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:11-CV-3149-P** |
| | ) | |
| **UKNOWN PSYCHIATRIST,** | ) | |
| **Defendant.** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this _15th_ day of _Jan._ , ~~2012~~ 2013.


_Jorge A. Solis_
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE